**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BASKIN-ROBBINS FRANCHISED
SHOPS, L.L.C.,

        Plaintiff,

Case No. 07-CV-10987

v.

LIVONIA ICE CREAM # 809, INC.,
et al.,

        Defendants.
_____/

## JUDGMENT FOR ATTORNEYS' FEES AND COSTS

In accordance with the court's "Opinion and Order Awarding Plaintiff Reasonable Attorneys' Fees and Costs," dated November 27, 2007,

IT IS ORDERED AND ADJUDGED that judgment is entered for Plaintiff Baskin-Robbins Franchised Shops, L.L.C. against Defendants Livonia Ice Cream # 809, Donn Fresard and Mario Merola in the amount of $15,081.06 in reasonable costs and attorneys' fees. Dated at Detroit, Michigan, this 27th day of November, 2007.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                               BY: S/Lisa Wagner
                                      Lisa Wagner, Deputy Clerk
                                      and Case Manager to
                                      Judge Robert H. Cleland